BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7180
 Facsimile:  (415) 436-7169
 E-mail: Michelle.Lo@usdoj.gov

JAMIE ANN YAVELBERG
SARA MCLEAN
PATRICK KLEIN
Attorneys, Civil Division
United States Department of Justice
 P.O. Box 261
 Ben Franklin Station
 Washington, D.C. 20044
 Telephone:  (202) 305-2447

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT HAGEN and KEVIN KLIMASZEWSKI, individuals,<br><br>  Plaintiffs,<br><br> v.<br><br>ADOBE SYSTEMS INCORPORATED, CARAHSOFT, CDW GOVERNMENT, LLC, and EMERGENT LLC,<br><br>  Defendants. | CASE NO. 20-CV-0202 NC<br><br>**UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE** |

1    On July 8, 2022, Plaintiffs-Relators Scott Hagen and Kevin Klimaszewski filed a notice of

2  voluntary dismissal without prejudice of the Complaint in its entirety.  Pursuant to the False Claims Act,

3  31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to

4  the dismissal of this action without prejudice to the rights of the United States, based on its

5  determination that dismissal of such claims is commensurate with the public interest.

6                                         Respectfully submitted,

7                                         BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General
8
                                          STEPHANIE M. HINDS
9                                         United States Attorney

10  Dated:  July 14, 2022          By:    /s/ Michelle Lo
                                          MICHELLE LO
11                                        Assistant United States Attorney

12
    Dated:  July 14, 2022          By:    /s/ Patrick Klein
13                                        JAMIE ANN YAVELBERG
                                          SARA McLEAN
14                                        PATRICK KLEIN
                                          Civil Division, U.S. Department of Justice
15
                                          Attorneys for the United States of America
16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE
CASE NO. 20-CV-0202 NC